# UNITED STATES DISTICT COURT
## DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, OR ANY OF HIS DEPUTIES,

AND TO: __DIRECTOR, U.S. IMMIGRATION CUSTOMS AND ENFORCEMENT, 1000 DISTRICT AVE, BURLINGTON, MA 01803__

YOU ARE COMMANDED to have the body of __Santos Romero Marroquin de Rodriguez__ now in your custody,

before the United States District Court for the District of Massachusetts, John J. Moakley United States

Courthouse, 1 Courthouse Way, Courtroom No. __8__, on the __3rd__ floor, Boston, Massachusetts on

or before __JANUARY 30, 2026__ at __9:30 AM__

for the purpose of __HEARING__

in the case of __Romero Marroquin de Rodriguez v. Hyde et al__

Case Number: __1:25-cv-13210-AK__

      And you are to retain the body of said __Santos Romero Marroquin de Rodriguez__ while before said Court

upon said day and upon such other days thereafter as his attendance before said Court shall be

necessary, and as soon as may be thereafter to return said __Santos Romero Marroquin de Rodriguez__ to the

institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had

not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your

doings herein. Dated this __29th__ day of __JANUARY__, __2026__.

_Angel Kelley_____
United States District Judge



ROBERT M. FARRELL
CLERK OF COURT

By: _/s/ Miguel A. Lara_
Deputy Clerk