UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANTOS VALENTINA ROMERO MARROQUIN DE RODRIGUEZ,<br><br>   Petitioner,<br>v.<br><br>PATRICIA HYDE, in her official capacity as Acting Field Office Director, Boston Field Office, U.S. Immigration and Customs Enforcement; MICHAEL KROL, HIS New England Special Agent in Charge; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>   Respondents. | No.: 1:25-CV-13210-AK |

## JOINT MOTION TO CANCEL HEARING

Petitioner Santos Valentina Romero Marroquin De Rodriguez and Respondents in the above-captioned matter hereby jointly move to cancel the hearing that the Court Ordered for January 30, 2026, at 9:30 a.m. (ECF No. 30). As grounds for this joint motion the parties herein inform the Court that Petitioner has been released.

            Respectfully submitted,

| | |
|---|---|
| /s/ Kelly C. Morgan<br>Kelly C. Morgan, Esq.<br><br>Counsel for Petitioner<br>Central West Justice Center<br>1 Monarch Place Suite 400<br>Springfield, MA 01144<br>Phone: 508-425-2877<br>Fax: (617) 977-0928<br>Kmorgan@cwjustice.Org | LEAH B. FOLEY<br>United States Attorney<br><br>/s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>617-748-3100<br>Email: rayford.farquhar@usdoj.gov |

1

## LOCAL RULE 7.1 CERTIFICATION

      I, Rayford A. Farquhar, Assistant United States Attorney, herein certify that this afternoon I spoke with Kelly Morgan, Esq. and she joined in the filing of this motion.

Dated: January 29, 2026                  By:    */s/ Rayford A. Farquhar*
                                                                Rayford A. Farquhar
                                                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 29, 2026                  By:    */s/ Rayford A. Farquhar*
                                                                Rayford A. Farquhar
                                                                Assistant United States Attorney